# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10019

_____

MERRITT ISLAND WOODWERX, LLC,
individually and on behalf of all others similarly situated,
TRUE TOUCH SERVICES, LLC,
individually and on behalf of all others similarly situated,

                                                Plaintiffs-Appellees,

*versus*

SPACE COAST CREDIT UNION,

                                                Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:23-cv-01066-PGB-DCI

_____

2                                                                                                              24-10019

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: May 21, 2025

For the Court: DAVID J. SMITH, Clerk of Court

**ISSUED AS MANDATE:**  August 13, 2025